HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al.<br><br>Plaintiffs<br><br>v.<br><br>RG CONSTRUCTION, INC.<br><br>Defendant | NO. CV19-1321 MLP<br><br>STIPULATION AND ORDER OF JUDGMENT<br><br>**Clerk's Action Required** |

## STIPULATION

Defendant RG Construction, Inc., stipulates to Judgment in favor of Northwest Laborers-Employers Health & Security Trust, Western Washington Laborers-Employers Pension Trust, and Northwest Laborers-Employers Training Trust (Trust Funds) and Washington and Northern Idaho District Council Of Laborers (Union) and stipulates that the Court may enter Judgment as follows:

1. Judgment Creditor: Northwest Laborers-Employers Trusts
2. Judgment Debtor: RG Construction, Inc.
3. Principal Judgment Amount: $38,648.62
4. Liquidated Damages: $28,658.98
5. Interest: $6,984.12
6. Costs: $610.00
7. Attorney's Fees $1,000.00
8. Post-Judgment Interest: 1.53 percent per annum
9. Attorney for Judgment Creditor: Mary L. Stoll, WSBA No. 16446
10. Attorney for Judgment Debtor: C. Scott Kee, WSBA No. 28173

STIP. & ORDER OF JUDGMENT—1
Case No. CV19-1321 MJP

Defendant RG Construction, Inc. hereby stipulates to Judgment in favor of Plaintiff Trust Funds and Union in the amount of $74,291.72, which amount consists of fringe benefits contributions and wage deductions in the amount of $38,648.62 for the period April 2018 through December 2019, liquidated damages in the amount of $28,658.98 and interest in the amount of $6,984.12 for the period February 2016 through December 2019, costs in the amount of $610.00, and attorney fees in the amount of $1,000.00, and hereby authorizes the Court to enter Judgment against Defendant RG Construction, Inc., and in favor of Plaintiff Trust Funds and Union, without further notice or opportunity to be heard. This Stipulation is for money justly due and owing to Plaintiffs arising out of that certain labor agreement between Defendant RG Construction, Inc. and Plaintiff Washington and Northern Idaho District Council of Laborers and its Affiliated Unions, which contract requires the payment of fringe benefit contributions, wage deductions, and ancillary charges to the Plaintiff Trust Funds under the terms of the Trust Funds' underlying Trust Agreements. The Judgment amount is based on unpaid employer report forms.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. & ORDER OF JUDGMENT—2
Case No. CV19-1321 MJP
STIP. & ORDER OF JUDGMENT—2
Case No. CV19-1321 MJP

**STOLL LAW GROUP, PLLC**
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

This Stipulation is based on representations by the Employer. The Trust Funds and Union have not audited or otherwise verified the accuracy of the Employer's reports of contributions owing. The Employer understands that the Trust Funds and Union therefore reserve the right to pursue additional claims that may be discovered in the future.

DATED January 3, 2020

/s Mary L. Stoll
Mary L. Stoll, WSBA No. 16446
Attorney for Plaintiffs
Stoll Law Group, PLLC
2033 6th Avenue, Ste 993
Seattle WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email marys@mlstoll-law.com

DATED January 6, 2020

s/ C. Scott Kee
C. Scott Kee, WSBA No. 28173
Attorney for Defendant
Rodgers Kee Card & Strophy, PS
324 West Bay Dr NW, Ste 201
Olympia WA 98502
Telephone 360-352-8311
Fax 360-352-8501
Email scottkee@buddbaylaw.com

STIP. & ORDER OF JUDGMENT—3
Case No. CV19-1321 MJP

**ORDER OF JUDGMENT**

Pursuant to the foregoing Stipulation by and against Defendant RG Construction, Inc., and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded Judgment against Defendant RG Construction, Inc., representing delinquent fringe benefit contributions and wage deductions covering the period April 2018 through December 2019 in the amount of $38,648.62, for the period February 2018 through December 2019 liquidated damages in the amount of $28,658.98 and interest in the amount of $6,984.12, costs in the amount of $610.00, and attorney fees in the amount of $1,000.00, for a total amount owing of $74,291.72.

**IT IS FURTHER ORDERED** that such Judgment be deemed a final Judgment pursuant to CR 54(b) and there is no just reason for delay in entry of such Judgment on Plaintiffs' claim herein.

**IT IS FURTHER ORDERED** that if a payroll audit has not been conducted for the time period covered by this Judgment, Plaintiffs reserve the right to later claim additional amounts for the period covered by this Order in the event additional amounts are disclosed in the future.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 1.53 percent (1.53%) per annum.

DATED January 14, 2020

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER OF JUDGMENT—4
Case No. CV19-1321 MJP

**STOLL LAW GROUP, PLLC**
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

| | |
|---|---|
| Respectfully submitted: | Respectfully submitted: |
| /s Mary L. Stoll | s/ C. Scott Kee |
| Mary L. Stoll, WSBA No. 16446 | C. Scott Kee, WSBA No. 28173 |
| Attorney for Plaintiffs | Attorney for Defendant |
| Stoll Law Group, PLLC | Rodgers Kee Card & Strophy, PS |
| 2033 6th Avenue, Ste 993 | 324 West Bay Dr NW, Ste 201 |
| Seattle WA 98121-2527 | Olympia WA 98502 |
| Telephone 206-623-2855 | Telephone 360-352-8311 |
| Fax 206-667-9805 | Fax 360-352-8501 |
| Email marys@mlstoll-law.com | Email scottkee@buddbaylaw.com |

STIPULATION AND ORDER OF JUDGMENT—5
Case No. CV19-1321 MJP